No. 82–925.   DALY *v.* SPRAGUE ET AL.   C. A. 5th Cir. Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–1221.   HARRIS *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–930.   NEW YORK *v.* NELSON.   Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 82–944.   BAGNELL *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and vacate the conviction.

No. 82–1223.   MINNESOTA MINING & MANUFACTURING CO. *v.* BLUME ET AL.   C. A. 6th Cir.   Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–1233.   O'BANNON, SECRETARY OF PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* COLEMAN ET AL.   C. A. 3d Cir.   Motion of respondent Coleman for leave to proceed *in forma pauperis* granted.   Certiorari denied.